**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOE A. HAWKINS, JR.**                                                                 **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 2:17-CV-83-KS-MTP**

**HEALTHCARE SERVICES GROUP,
INC., and REGINA LUVENE**                                              **DEFENDANTS**

## ORDER

On June 26, 2017, Plaintiff Joe A Hawkins, Jr., ("Movant") filed his Motion to Remand [3]. Defendants ("Respondents") have until on or before **July 10, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **July 17, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __26th__ day of June, 2017.

                                                                    ___s/Keith Starrett_____
                                                                    KEITH STARRETT
                                                                    UNITED STATES DISTRICT JUDGE